# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| RAMON FERGUSON, | : |
| Plaintiff, | : |
| v. | : Case No. 5:08-CV-381(HL) |
| HALE BURNSIDE, et al., | : |
| Defendants. | : |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. 31) on Defendant Hale Burnside's Motion to Dismiss (Doc. 19). The R&R recommends granting Burnside's Motion. Plaintiff has filed a timely Objection (Doc. 32). Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Plaintiff's Objection and has made a de novo determination of the portion of the R&R to which he objects. After careful consideration, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

**SO ORDERED**, this the 13th day of August, 2009.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**

dhc