**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

RAMON FERGUSON,               :
                                      :
       Plaintiff,              :
                                        :
v.                               :        Case No. 5:08-CV-381 (HL)
                                        :
SAMUEL MACOMSON,       :
                                        :
       Defendant.        :

## <u>ORDER</u>

This case was referred to the Magistrate Judge Claude W. Hicks, Jr. by Order (Doc. 3) of this Court dated November 4, 2008.  That Order is hereby rescinded.  The clerk's office is hereby notified that, from this point forward, no motions, filings or proceedings in this case will be referred to Judge Hicks.

**SO ORDERED**, this the 11th day of March, 2010.

                                 ***s/  Hugh Lawson***
                                 HUGH LAWSON, Senior Judge

lmc